IN RE LOWER MANHATTAN DISASTER SITE LITIGATION

JORGE PENA and ANA PENA,

                Plaintiffs,

- against -

THE CITY OF NEW YORK, 100 CHURCH LLC, MAYORE ESTATES LLC, 80 LAFAYETTE ASSOCIATES, LLC, MAYORE ESTATES LLC AND 80 LAFAYETTE ASSOCIATION LLC AS TENANTS IN COMMON,

                Defendants.

**AFFIDAVIT OF PERSONAL SERVICE**

DOCKET NO.
07- CIV- 7780

Judge Hellerstein

STEPHANIE LOPEZ, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Bronx County in the State of New York.

That on the 30th day of October, 2007, at approximately 10:55 a.m. at City of New York Law Department located at 100 Church Street 4th Floor, New York, New York 10007 deponent served the within copy of the Summons and Complaint upon The City of New York by delivering thereat a true copy of same to Tameka Merides- Gammon, Docketing Clerk an individual of suitable age and discretion.

                                  _/s/ Stephanie Lopez_
                                  Stephanie Lopez

Sworn to before me this
30th day of October, 2007

_____
Notary public

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 20___