UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN DISASTER SITE LITIGATION

JORGE PENA and ANA PENA,

                      Plaintiffs,

- against -

THE CITY OF NEW YORK, 100 CHURCH LLC, MAYORE ESTATES LLC, 80 LAFAYETTE ASSOCIATES, LLC, MAYORE ESTATES LLC AND 80 LAFAYETTE ASSOCIATION LLC AS TENANTS IN COMMON,

                      Defendants.

**AFFIDAVIT OF PERSONAL SERVICE**

DOCKET NO.
07- CIV- 7780

Judge Hellerstein

STEPHANIE LOPEZ, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Bronx County in the State of New York.

That on the 29th day of November, 2007, at approximately 2: 06 p.m. at 384 Fifth Avenue, New York, New York 10018 deponent served the within copy of the Summons and Complaint upon 100 Church LLC delivering thereat a true copy of same to Alexander Fink, associate general counsel, an individual of suitable age and discretion. Deponent describes person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows: **Male White, white skin, brown hair, approx. 25-30, height approx. 5'5"-5'7"**

                                    _/s/ Stephanie Lopez_
                                         Stephanie Lopez

Sworn to before me this
30th day of October, 2007

_____
Notary public

                BEATRIZ DOLORES ARA...
           Notary Public, State of New...
                 No. 01AR6132940
             Qualified in Queens Coun...
         Commission Expires August 2...